UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAMETRA BARBOUR, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:15-cv-90-B |
| | § | |
| CITY OF FORNEY and RICK BARNES, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 17, 2015, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and

(1) Defendants' Motion to Strike Plaintiff's First Amended Complaint [Dkt. No. 16] is GRANTED;

(2) Plaintiff's Cross-Motion for Leave to File a First Amended Complaint [Dkt. No. 19] is GRANTED and the Clerk is directed to file Plaintiff's proposed amended complaint [Dkt. No. 19 at 21-31] as Plaintiff's First Amended Complaint;

(3) Defendant City of Forney's Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) [Dkt. No. 7] is DENIED AS MOOT;

(4) Defendant Rick Barnes' Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) [Dkt. No. 8] is DENIED AS MOOT; and

(5) Defendants' Rule 12(b)(6) Motion for More Definite Statement [Dkt. No. 9] is DENIED AS MOOT.

**SO ORDERED this 7th day of July, 2015**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE