UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAMETRA BARBOUR, Individually and and as Next Friend of Jane Doe, a Minor, John Doe, a Minor, Jane Doe 2, a Minor, and Jane Doe 3, a Minor,<br><br>Plaintiff,<br><br>V.<br><br>CITY OF FORNEY,<br><br>Defendant. | § § § § § § § § § § § § § | No. 3:15-cv-90-B |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 9, 2015, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court GRANTS Defendants' Motion to Strike or, in the Alternative, Rule 12(e) Motion for More Definite Statement in Response to Plaintiff's Second Amended Complaint [Dkt. No. 35] and strikes the common-law negligence claim under the Texas Tort Claims Act asserted in Count II of Plaintiff's Second Amended Complaint [Dkt. Nos. 31 & 32].

**SO ORDERED** this 21st day of January, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

2